# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **MAZEN HASAN AGHA, MICHAEL CRISSMAN, KEN ZUREK, and THOMAS LOFTUS** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**UBER TECHNOLOGIES, INC.,**<br><br>Defendant. | Case No. 1:23–CV-17182<br><br>Hon. Matthew F. Kennelly |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant, Uber Technologies, Inc., respectfully appeals to the United States Court of Appeals for the Seventh Circuit, from this Court's Order entered on April 22, 2024, denying Defendant's Motion to Compel Arbitration and to Dismiss Plaintiffs' Complaint as to Plaintiff Kenneth Zurek [ECF No. 38].

This action is stayed in the district court pending resolution of this appeal pursuant to *Coinbase, Inc. v. Bielski*, 599 U.S. 736 (2023).

[*signature block to follow*]

Dated: April 30, 2024

Respectfully submitted,

**UBER TECHNOLOGIES, INC.**

By: */s/ Matthew J. Ruza*
    One of Defendant's Attorneys

Richard W. Black (admitted *pro hac vice*)
Joshua B. Waxman (admitted *pro hac vice*)
Matthew J. Ruza (ARDC No. 06321424)
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
(312) 372-5520
rblack@littler.com
jwaxman@littler.com
mruza@littler.com

## **CERTIFICATE OF SERVICE**

I, Matthew J. Ruza, an attorney, hereby certify that, on April 30, 2024, I caused a copy of ***Defendant's Notice of Appeal*** to be filed with the Clerk of the Court, using the CM/ECF system, and served upon the following counsel of record:

Bradley Manewith, IARDC # 6280535
Lichten & Liss-Riordan, P.C.
5 Revere Drive, Suite 200
Northbrook, IL 60062
Tel. (617) 994-5800
Fax (617) 994-5801
bmanewith@llrlaw.com

Shannon Liss-Riordan
Matthew Carrieri
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Ste. 2000
Boston, MA 02116
Tel. (617) 994-5800
Fax (617) 994-5801
sliss@llrlaw.com
mcarrieri@llrlaw.com

*/s/ Matthew J. Ruza*
Matthew J. Ruza

4868-8901-2153.2 / 073208-3018