# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 1, 2024

**To:** Thomas G. Bruton
      Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 24-1749

Caption:
MAZEN HASAN AGHA, et al.,
         Plaintiffs - Appellees

v.

UBER TECHNOLOGIES, INC.,
         Defendant - Appellant

District Court No: 1:23-cv-17182
District Judge Matthew F. Kennelly
Clerk/Agency Rep Thomas G. Bruton

Date NOA filed in District Court: 04/30/2024

---

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)