UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAZEN HASAN AGHA, MICHAEL CRISSMAN, KEN ZUREK, and THOMAS LOFTUS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | CASE NO. 1:23–CV-17182<br><br>Hon. Matthew F. Kennelly |

## JOINT STATUS REPORT

The Parties hereby provide the following joint status report pursuant to the Court's Order of May 23, 2024 (ECF No. 43):

1. Defendant Uber Technologies, Inc. ("Uber") filed its Notice of Appeal on May 1, 2024.

2. As a result of the filing of that Notice of Appeal, this action was stayed pending resolution of Uber's appeal pursuant to the U.S. Supreme Court's decision in *Coinbase, Inc. v. Bielski*, 599 U.S. 736 (2023).

3. After the Notice of Appeal was filed, the Seventh Circuit Court of Appeals issued an order requiring the Parties to participate in a Circuit Rule 33 Mediation session. That mediation session was conducted on June 20, 2024, but did not result in a resolution.

4. Following the mediation session, Defendant – Appellant Uber proceeded with filing its Appellant Brief with the Seventh Circuit Court of Appeals on July 22, 2024.

5. On August 16, 2024, Plaintiffs sought an extension of time to respond to Appellant Uber's Appellant Brief. On August 19, 2024, the Seventh Circuit Court of Appeals granted

Plaintiffs' Motion and set the following briefing schedule: Appellee Brief is set to be filed on September 23, 2024, and Uber's Reply Brief is due to be filed on October 15, 2024.

6. Uber requested oral argument before the Court and the Seventh Circuit Court of Appeals has not set a date for oral argument on Uber's appeal.

WHEREFORE, the Parties respectfully request that, given the current stay of proceedings pending the resolution of the appeal, the Court set another date within 90 days for the Parties to report back on the status of the appeal.

[*signature block to follow*]

Dated: September 20, 2024

Respectfully submitted,

**UBER TECHNOLOGIES, INC.**

By: */s/ Matthew J. Ruza*
One of Defendant's Attorneys

Richard W. Black (admitted *pro hac vice*)
Joshua B. Waxman (admitted *pro hac vice*)
Matthew J. Ruza (ARDC No. 06321424)
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
(312) 372-5520
rblack@littler.com
jwaxman@littler.com
mruza@littler.com

Dated: September 20, 2024

Respectfully submitted,

**MAZEN HASAN AGHA, MICHAEL CRISSMAN, KEN ZUREK, and THOMAS LOFTUS, individually and on behalf of all others similarly situated,**

By his attorneys,

*/s/ Bradley Manewith*
Bradley Manewith, #06280535
Lichten & Liss-Riordan, P.C.
5 Revere Drive, Suite 200
Northbrook, IL 60062
Tel. (617) 994-5800
Fax (617) 994-5801
bmanewith@llrlaw.com

Shannon Liss-Riordan, *pro hac vice*
Matthew Carrieri, *pro hac vice*
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel. (617) 994-5800
Fax (617) 994-5801
sliss@llrlaw.com
mcarrieri@llrlaw.com

4884-5427-0439.1 / 073208-3018

## **CERTIFICATE OF SERVICE**

I, Matthew J. Ruza, an attorney, hereby certify that, on September 20, 2024, I caused a copy of the foregoing document to be filed with the Clerk of the Court, using the CM/ECF system, and served upon the following counsel of record:

Bradley Manewith, IARDC # 6280535
Lichten & Liss-Riordan, P.C.
5 Revere Drive, Suite 200
Northbrook, IL 60062
Tel. (617) 994-5800
Fax (617) 994-5801
bmanewith@llrlaw.com

Shannon Liss-Riordan
Matthew Carrieri
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Ste. 2000
Boston, MA 02116
Tel. (617) 994-5800
Fax (617) 994-5801
sliss@llrlaw.com
mcarrieri@llrlaw.com

                                                      */s/ Matthew J. Ruza*
                                                      Matthew J. Ruza

4884-5427-0439.1 / 073208-3018