IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAZEN HASAN AGHA, MICHAEL CRISSMAN, KEN ZUREK, and THOMAS LOFTUS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No.: 1:23–cv-17182<br><br>Honorable Matthew F. Kennelly |

## PLAINTIFFS' STATUS REPORT

Pursuant to the Court's Order dated November 10, 2025 (ECF No. 75), Plaintiffs' counsel submits the following update on their progress of finding a substitute plaintiff:

1. On November 7, 2025, Plaintiffs filed a Suggestion of Death regarding Plaintiff Ken Zurek. (ECF No. 74).

2. Following the November 10, 2025, status hearing Plaintiffs' counsel has continued to work on coordinating a substitute for Mr. Zurek's estate. Plaintiffs' counsel are waiting for additional information regarding Mr. Zurek's estate.

3. Plaintiffs' counsel are also working to add a potential additional plaintiff. To that end, Plaintiffs' counsel have identified another potential plaintiff for this case.

4. Given the upcoming holidays, Plaintiffs' counsel anticipate that they should have information regarding the substitution of a representative for Mr. Zurek's estate and/or an additional plaintiff within the next forty-five (45) days. Having learned about Mr. Zurek's death in mid-October, counsel believe this to be a reasonable amount of time.

Dated: December 8, 2025

Respectfully submitted,

MAZEN HASAN AGHA, MICHAEL CRISSMAN, KEN ZUREK, and THOMAS LOFTUS, individually and on behalf of all others similarly situated,

By their attorneys,

*/s/ Bradley Manewith*
Bradley Manewith, #06280535
Lichten & Liss-Riordan, P.C.
5 Revere Drive, Suite 200
Northbrook, IL 60062
Tel. (617) 994-5800
Fax (617) 994-5801
bmanewith@llrlaw.com

Shannon Liss-Riordan, *pro hac vice*
Jack Bartholet, *pro hac vice*
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel. (617) 994-5800
Fax (617) 994-5801
sliss@llrlaw.com
jbartholet@llrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025, I electronically filed this motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for Defendant.

*/s/ Bradley Manewith*
Bradley Manewith