# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Mazen Hasan Agha, et al.
                Plaintiff,

v.                              Case No.: 1:23–cv–17182
                                                Honorable Matthew F. Kennelly

Uber Technologies lnc
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 5, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for substitution [79] is granted. The Clerk is directed to amend the docket in this case to substitute "Christopher Burnett as representative of the Estate of Ken Zurek" as plaintiff in place of Ken Zurek. The case remains set for a telephonic status hearing on 2/13/2026. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.