IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAZEN HASAN AGHA, MICHAEL CRISSMAN, CHRISTOPHER BURNETT AS ESTATE REPRESENTATIVE FOR KEN ZUREK, and THOMAS LOFTUS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., <br><br> Defendant. | Case No.: 1:23–cv-17182 <br><br> Honorable Matthew F. Kennelly |

**PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

Plaintiffs, through their counsel, hereby respectfully request to continue the status hearing currently scheduled for February 13, 2026. In support of their Unopposed Motion, Plaintiffs state as follows:

1. A telephonic status hearing is currently scheduled for February 13, 2026, to address the Parties' respective positions on Defendant's *Bigger* proffer and FLSA Opt-In Notice. (ECF Nos. 77, 80.)

2. On February 6, 2026, the Parties filed a joint status report in advance of the February 13, 2026, status hearing. (ECF No. 81.)

3. Plaintiffs' lead counsel, Shannon Liss-Riordan, is currently dealing with a family medical emergency. The medical emergency arose early this morning and is likely to require her attention over the coming days. As such, Ms. Liss-Riordan will not be available to attend the February 13th status hearing.

4. Plaintiffs request that the status hearing be continued until February 19th or 20th, or for any later date that is convenient for the Court.

5. Plaintiffs' counsel has conferred with Defendant's counsel about their request to reschedule the status hearing. Defendant does not object to this motion and Defendant's counsel have confirmed their availability on February 19th and 20th.

6. This request for a continuance is made in good faith and is not sought for the purpose of delay. The granting of this continuance will not unduly prejudice Defendant.

WHEREFORE, Plaintiffs respectfully request that this Court grant their Motion to Continue, and reset the February 13, 2026, status hearing to either February 19, 2026, or February 20, 2026.

Dated: February 12, 2026

Respectfully submitted,

MAZEN HASAN AGHA, MICHAEL CRISSMAN, CHRISTOPHER BURNETT AS ESTATE REPRESENTATIVE FOR KEN ZUREK, and THOMAS LOFTUS, individually and on behalf of all others similarly situated,

By their attorneys,

*/s/ Bradley Manewith*
Bradley Manewith, #06280535
Lichten & Liss-Riordan, P.C.
5 Revere Drive, Suite 200
Northbrook, IL 60062
Tel. (617) 994-5800
Fax (617) 994-5801
bmanewith@llrlaw.com

Shannon Liss-Riordan, *pro hac vice*
Jack Bartholet, *pro hac vice*
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel. (617) 994-5800
Fax (617) 994-5801
sliss@llrlaw.com; jbartholet@llrlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 12, 2026, I electronically filed this motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for Defendant.

                                               */s/ Bradley Manewith*
                                               Bradley Manewith